# Order

Michigan Supreme Court
Lansing, Michigan

May 21, 2012

144556

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

KIRK ALAN JOHNSON,
       Defendant-Appellant.

SC: 144556
COA: 306653
Livingston CC: 07-016356-FH

_____

On order of the Court, the application for leave to appeal the January 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

Clerk

h0514